THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FIRST FED BANK,

                        Plaintiff,

        v.

BLC WATER COMPANY LLC, BRIAN S.
CHU and LARINA H. CHU,

                        Defendants.

Case No.  3:24-cv-05729-TL

**STIPULATION AND ORDER OF
DISMISSAL OF ALL REMAINING
CLAIMS**

FIRST FED BANK,

                        Plaintiff,

        v.

INDIANA WATER TECHNOLOGY LLC;
DAVID A. SCHROEDER and SARAH
SCHROEDER,

                        Defendants.

Case No. 3:24-cv-05730-TL

FIRST FED BANK,

                        Plaintiff,

        v.

ROYAL RESERVOIRS, LLC and DEREN
FLESHER,

                        Defendants.

Case No. 3:24-cv-05731-TL

STIPULATION AND ORDER OF DISMISSAL OF
ALL REMAINIG CLAIMS - 1
CASE NO. 3:24-cv-05729-TL

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| FIRST FED BANK, | Case No. 3:24-cv-05732-TL |
| Plaintiff, | |
| v. | |
| COLEWSTECH, LLC; RCWSTECH 1157, LLC; and RONALD N. COLE, | |
| Defendants. | |
| FIRST FED BANK, | Case No. 3:24-cv-05736-TL |
| Plaintiff, | |
| v. | |
| CHAURISHI RETAIL ENTERPRISES, LLC; and BASANT KUMAR | |
| Defendants. | |
| FIRST FED BANK, | Case No. 2:24-cv-01389-TL |
| Plaintiff, | |
| v. | |
| KDAWG CRYPTO LLC; and KAREN LAVIN, | |
| Defendants. | |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff/Counterclaim Defendant, First Fed Bank and Third-Party Defendants First Northwest Bancorp, Norman Tonina, Craig Curtis, Jennifer Zaccardo, Cindy Finnie, Dana Behar, Matthew Deines, Sherilyn Anderson, Gabriel Galanda, and Lynn Terwoerds, and the remaining defendants who were not previously dismissed by this court's Order of Dismissal (Dkt. 36), and each of the following parties:

1. BLC Water, Brian S. Chu and Larina H. Chu

2. Indiana Water Technology, David A. Schroeder and Sarah Schroder

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

3.  RCWSTECH 1157, COLEWSTECH and Ronald N. Cole

The parties hereby stipulate to the dismissal of this action with prejudice, including all claims and defenses alleged in this case. Each side shall bear its own attorneys' fees and costs.

Respectfully submitted this ___ day of January, 2026.

| BENDER LAW PLLC | BALLARD SPAHR LLP |
|---|---|
| s/ *John A. Bender, Jr.* | s/ *Andrew G. Yates* |
| John A. Bender, Jr., WSBA No. 19540 | Gregory R. Fox, WSBA No. 30559 |
| 4634 East Marginal Way S. | Andrew G. Yates, WSBA No. 34239 |
| Suite C-150 | Devon J. McCurdy, WSBA No. 52663 |
| Seattle, WA 98134 | Dailey Koga, WSBA No. 58683 |
| (206) 577-7987 | 1301 Second Avenue, Suite 2800 |
| john@bender-law.com | Seattle, Washington 98101 |
| | Telephone:  206.223.7000 |
| *Counsel for Defendants/Counterclaim* | foxg@lanepowell.com |
| *Plaintiffs Indiana Water Technology, David* | yatesa@lanepowell.com |
| *A. Schroeder and Sarah Schroder* | mccurdyd@lanepowell.com |
| | kogad@lanepowell.com |
| | *Counsel for Plaintiffs/Counterclaim* |
| | *Defendants* |

CORR CRONIN LLP

s/ *Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962
Kristen Barnhart, WSBA No. 51135
Jakob Goldfarb, WSBA No. 62165
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
jlovejoy@corrcronin.com
kbarnhart@corrcronin.com
jgoldfarb@corrcronin.com

*Attorneys for Defendants/Counterclaim*
*Plaintiffs BLC Water, Brian S. Chu and*
*Larina H. Chu, RCWSTECH 1157,*
*COLEWSTECH and Ronald N. Cole. Indiana*
*Water Technology, David A. Schroeder and*
*Sarah Schroder*

STIPULATION AND ORDER OF DISMISSAL OF
ALL REMAINIG CLAIMS - 3
CASE NO. 3:24-cv-05729-TL

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

**ORDER**

The parties to this lawsuit have settled, and so stipulated and agreed, it is hereby ORDERED that all remaining claims and causes of action against all parties are hereby *dismissed with prejudice* and without an award of costs or fees to any party.

SO ORDERED this 20th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE TANA LIN

STIPULATION AND ORDER OF DISMISSAL OF
ALL REMAINIG CLAIMS - 4
CASE NO. 3:24-cv-05729-TL

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

Presented by:

BENDER LAW PLLC

s/ John A. Bender, Jr.
John A. Bender, Jr., WSBA No. 19540
4634 East Marginal Way S.
Suite C-150
Seattle, WA 98134
(206) 577-7987
john@bender-law.com

*Counsel for Defendants/Counterclaim Plaintiffs Indiana Water Technology, David A. Schroeder and Sarah Schroder*

CORR CRONIN LLP

s/Jack M. Lovejoy
Jack M. Lovejoy, WSBA No. 36962
Kristen Barnhart, WSBA No. 51135
Jakob Goldfarb, WSBA No. 62165
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
jlovejoy@corrcronin.com
kbarnhart@corrcronin.com
jgoldfarb@corrcronin.com

*Attorneys for Defendants/Counterclaim Plaintiffs BLC Water, Brian S. Chu and Larina H. Chu, RCWSTECH 1157, COLEWSTECH and Ronald N. Cole. Indiana Water Technology, David A. Schroeder and Sarah Schroder*

BALLARD SPAHR LLP

s/ Andrew G. Yates
Gregory R. Fox, WSBA No. 30559
Andrew G. Yates, WSBA No. 34239
Devon J. McCurdy, WSBA No. 52663
Dailey Koga, WSBA No. 58683
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone:  206.223.7000
foxg@lanepowell.com
yatesa@lanepowell.com
mccurdyd@lanepowell.com
kogad@lanepowell.com
*Counsel for Plaintiffs/Counterclaim Defendants*

STIPULATION AND ORDER OF DISMISSAL OF
ALL REMAINIG CLAIMS - 5
CASE NO. 3:24-cv-05729-TL